Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Tireta Johnson obo Barbara Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number  06-2767 <br><br> **MDL NO. 1699** <br> **District Judge:  Charles R. Breyer** |
| Tireta Johnson obo Barbara Johnson, <br> Plaintiffs, <br><br> vs. <br><br> Pfizer, Inc., et al. <br> Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, (TIRETA JOHNSON obo BARBARA JOHNSON) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED:  February 20, 2009

By: _____

Attorneys for Plaintiff, Tireta Johnson obo Barbara Johnson

-1-

DATED: _May 11_, 2009        DLA PIPER US LLP

By: _____
    Michelle Sadowsky
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _May 13, 2009_



Hon. Charles R. Breyer
United States

IT IS SO ORDERED

Judge Charles R. Breyer

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**